# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ELIZABETH K. VROMAN**
                              **Plaintiff**

   vs.                                         **CASE NUMBER: 1:07-CV-395**
                                                                       **(FJS)**

**COMMISSIONER OF SOCIAL SECURITY**

                              **Defendant**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for judgment on the pleadings is GRANTED; Defendant's motion for judgment on the pleadings is DENIED; the Commissioner of Social Security's decision is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence four of 42 U.S.C. § 405(g). This action is hereby closed.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Frederick J. Scullin, Jr., dated the 11th day of March, 2011.

DATED: March 14, 2011

                                                       *[signature]*
                                                       Clerk of Court

                                                       s/
                                                       Melissa Ennis
                                                       Deputy Clerk